1  KENNETH G. HAUSMAN (No. 57252)
   khausman@howardrice.com
2  SARAH A. GOOD (No. 148742)
   sgood@howardrice.com
3  DEBORAH S. SCHLOSBERG (No. 254621)
   dschlosberg@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/677-6262

8  Attorneys for Defendants
   THE CHARLES SCHWAB CORPORATION,
9  SCHWAB HOLDINGS, INC. AND CHARLES
   SCHWAB & CO., INC.
10
   RYAN BAKHTIARI (No. 199147)
11 rbakhtiari@aol.com
   AIDIKOFF, UHL & BAKHTIARI
12 9454 Wilshire Boulevard, Suite 303
   Beverly Hills, California 90212
13 Telephone:   310/274-0666
   Facsimile:   310/859-0513
14
   Attorneys for Plaintiff
15 JOY YOSHIOKA

16 [Other Counsel Listed on Signature Page]

17             UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21 JOY YOSHIOKA, Individually and on behalf     No. CV 11 1625 EMC
   of all others similarly situated,
22                                              STIPULATION AND [PROPOSED]
                   Plaintiff,                   ORDER STAYING THIS ACTION
23
            v.
24
   THE CHARLES SCHWAB
25 CORPORATION, SCHWAB HOLDINGS,
   INC. and CHARLES SCHWAB & CO.,
26 INC.,

27                 Defendants.

28

HowardRice

1         Plaintiff Joy Yoshioka ("Yoshioka"), by and through her undersigned counsel, and

2    Defendants The Charles Schwab Corporation, Schwab Holdings, Inc. and Charles Schwab &

3    Co., Inc. (collectively, "Defendants") (Yoshioka and Defendants, the "Parties"), by and

4    through their undersigned counsel, hereby stipulate and agree as follows:

5         WHEREAS, on April 4, 2011, Yoshioka commenced this action by filing a Class

6    Action Complaint seeking relief under the Consumer Legal Remedies Act, Unfair

7    Competition Law, Breach of Contract, Breach of Fiduciary Duty, and for Declaratory Relief

8    ("Complaint");

9         WHEREAS, Charles Schwab & Co., Inc. was served with the Complaint on April 7,

10   2011, Charles Schwab Corporation was served with the Complaint on April 8, 2011, and the

11   Parties have agreed initially to extend Defendants' time to respond to June 3, 2011;

12        WHEREAS, the Parties have discussed the action and agreed to engage in private

13   mediation in May or early June 2011;

14        WHEREAS, in order to allow the Parties to focus their efforts on mediation, the Parties

15   request that the Court stay this action in its entirety until July 31, 2011, or thereafter upon

16   further order of the Court;

17        WHEREAS, if a stay of this action is ordered by the Court and the mediation is

18   unsuccessful and the stay is lifted, the Parties agree that Defendants shall file a response to

19   the Complaint within 30 days of the expiration of the stay, and counsel will meet and confer

20   on a mutually convenient briefing and hearing schedule for any motion that may be filed that

21   is acceptable to the Court;

22        NOW THEREFORE, the Parties request the Court to enter a stay of this action as

23   follows:

24        1.    All deadlines and proceedings in this action shall be stayed in their entirety until

25   July 31, 2011, or thereafter upon further order of the Court;

26        2.    The Parties shall engage in private mediation;

27        3.    If the mediation is unsuccessful and the stay lifted, Defendants shall file a

28   response to the Complaint within 30 days of the expiration of the stay, and counsel shall

HowardRice

1  agree on a mutually convenient briefing and hearing schedule for any motion that may be

2  filed that is acceptable to the Court; and

3      4.   The stay of this action shall be lifted automatically on July 31, 2011 unless

4  otherwise ordered by the Court.

5  DATED:  May __, 2011.

                                    Respectfully,

6

7                                    KENNETH G. HAUSMAN
                                    SARAH A. GOOD
                                    DEBORAH S. SCHLOSBERG
8                                    HOWARD RICE NEMEROVSKI CANADY
                                         FALK & RABKIN
9                                    A Professional Corporation

10

11                                   By: _____/s/*Kenneth G. Hausman*_____
                                             KENNETH G. HAUSMAN

12                                   Attorneys for Defendants
                                    THE CHARLES SCHWAB CORPORATION,
13                                   SCHWAB HOLDINGS, INC. AND CHARLES
                                    SCHWAB & CO., INC.
14

15  DATED:  May __, 2011.

16                                   Respectfully,

17                                   AIDIKOFF, UHL & BAKHTIARI

18                                   By:_____/s/*Ryan Bakhtiari*_____
                                             RYAN BAKHTIARI
19

20                                   Attorneys for Plaintiff
                                    JOY YOSHIOKA
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING THIS ACTION  CV 11 1625 EMC

Barbara Quinn Smith
bqsmith@mhclaw.com (Pro Hac Vice to be filed)
MADDOX HARGETT & CARUSO, P.C.
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Telephone:   440/354-4010
Facsimile:   440/848-8175

Thomas K. Caldwell
tkcaldwell@mhclaw.com (Pro Hac Vice to be filed)
T. John Kirk
kirktjohn@mhclaw.com (Pro Hac Vice to be filed)
MADDOX HARGETT & CARUSO, P.C.
10100 Lantern Road, Suite 150
Fisher, IN 46037
Telephone:   317/598-2040
Facsimile:   317/598-2050

Tim Berry
tim@iraideas.com
TIM BERRY P.C.
11812 E. Toledo
Gilbert, AZ 85295
Telephone:   602/652-2875

I, Kenneth G. Hausman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Staying This Action.  In compliance with General Order 45, Section X.B., I hereby attest that Ryan Bakhtiari has concurred in this filing. Also, I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

_/s/Kenneth G. Hausman_
KENNETH G. HAUSMAN

[PROPOSED] ORDER

Good cause appearing from the foregoing Stipulation,

IT IS HEREBY ORDERED:

1.   All deadlines and proceedings in this action shall be and hereby are stayed in their entirety until July 31, 2011, or until further order of the Court;

2.   The Parties shall engage in private mediation;

STIPULATION AND [PROPOSED] ORDER STAYING THIS ACTION  CV 11 1625 EMC

3.    If the mediation is unsuccessful and the stay lifted, Defendants shall file a response to the Complaint within 30 days of the expiration of the stay, and counsel shall agree on a mutually convenient briefing and hearing schedule for any motion that may be filed that is acceptable to the Court; and

4.    The stay of this action shall be lifted automatically on July 31, 2011 unless otherwise ordered by the Court..   The CMC is reset to 9/2/2011 at 2:00 p.m.  A joint CMC statement shall be filed by 8/26/2011.

Dated: _____5/24_____, 2011



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

HowardRice