1  Ryan K. Bakhtiari, Esq. (No. 199147)
   **AIDIKOFF, UHL & BAKHTIARI**
2  9454 Wilshire Boulevard, Suite 303
3  Beverly Hills, CA 90212
   Telephone:  (310) 274-0666
4  Telecopier:  (310) 859-0513
   Email:  rbakhtiari@aol.com
5
6  (Additional Counsel Below)

7  Attorneys for Plaintiff and Putative Class

8  Kenneth G. Hausman (No. 57252)
   **HOWARD RICE NEMEROVSKI CANADY**
9       **FALK & RABKIN**
   A Professional Corporation
10 Three Embarcadero Center, 7th Floor
   San Francisco, CA 94111-4024
11 Telephone: (415) 434-1600
   Telecopier: (415) 677-6262
12 Email: khausman@howardrice.com

13 (Additional Counsel Below)

14 Attorneys for Defendants

15              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17 JOY YOSHIOKA, on behalf of herself and     )
   all others similarly situated,             ) Case No. CV 11 1625 EMC
18                                            )
              Plaintiff,                      )
19      vs.                                   )
                                              )
                                              ) Judge: Hon. Edward M. Chen
20 THE CHARLES SCHWAB                         )
   CORPORATION, SCHWAB HOLDINGS,              )
21 INC. AND CHARLES SCHWAB & CO.,             )
   INC.,                                      ) **JOINT STATUS REPORT**  ;
22                                            )
              Defendants.                     )   ORDER SETTING PRELIMINARY
23                                            )   APPROVAL OF  CLASS
                                                  SETTLEMENT HEARING
24

25      Plaintiff Joy Yoshioka ("Plaintiff") and Defendants The Charles Schwab Corporation,

26 Schwab Holdings, Inc. and Charles Schwab & Co., Inc. (hereinafter "Schwab" or "Defendants")

27 (collectively, the "Parties"), by through their undersigned counsel, wish to update the Court on

28 their progress toward settlement.

   JOINT STATUS REPORT                    - 1 -      Case No. CV 11 1625 EMC

1  On May 9, 2011, the Parties filed a Joint Stipulation requesting that the Court toll all
2  pending deadlines and stay the proceedings staying the action pending a mediation. [Dkt. 10].
3  This Stipulation was signed by the Court on May 24, 2011. [Dkt. 16]. On June 15, 21011, the
4  parties conducted their mediation with esteemed mediator Randall Wulff and reached an
5  agreement on the substantive terms of the settlement.
6  The Parties are continuing to work towards finalizing settlement documents, and expect to
7  file a Motion for Preliminary Approval with the Court by July 29, 2011. This status report is
8  being submitted to advise the Court that the Parties intend to request a Preliminary Approval
9  hearing date of September 2, 2011 and a stay of all other pending deadlines.

DATED: July 14, 2011                    Respectfully Submitted,


/s/ Ryan K. Bakhtiari_____
Ryan K. Bakhtiari (SBN 199147)
rbakhtiari@aol.com
**AIDIKOFF, UHL & BAKHTIARI**
9454 Wilshire Boulevard, Suite 303
Beverly Hills, CA 90212
Telephone: (310) 274-0666
Telecopier: (310) 859-0513

Barbara Quinn Smith
bqsmith@mhclaw.com (Pro Hac Vice to be filed)
**MADDOX HARGETT & CARUSO, P.C.**
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Telephone: (440) 354-4010
Telecopier: (440) 848-8175

Thomas K. Caldwell
tkcaldwell@mhclaw.com (Pro Hac Vice to be filed)
T. John Kirk
kirktjohn@mhclaw.com (Pro Hac Vice to be filed)
**MADDOX HARGETT & CARUSO, P.C.**
10100 Lantern Rd.
Suite 150
Fishers, IN 46037
Telephone: (317) 598-2040
Telecopier: (317) 598-2050

JOINT STATUS REPORT            - 2 -          Case No. CV 11 1625 EMC

Tim Berry
tim@iraideas.com
**TIM BERRY P.C.**
11812 E. Toledo
Gilbert, AZ 85295
Telephone: (602) 652-2875

*Attorneys for Plaintiff and the Proposed Class*

/s/ Kenneth G. Hausman
Kenneth G. Hausman (No. 57252)
khausman@howardrice.com
Sarah A. Good (No. 148742)
sgood@howardrice.com
Deborah S. Schlosberg (No. 254621)
dschlosberg@howardrice.com
**HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Telecopier: (415) 677-6262

*Attorneys for Defendants*

IT IS SO ORDERED that the 9/2/11 CMC is hereby vacated. The Motion for Preliminary Approval shall be filed by 7/29/11. Opposition shall be filed by 8/12/11. Reply shall be filed by 8/19/11. The hearing on such motion is set for 9/2/11 at 1:30 p.m. in Courtroom 5, 17th Floor.

_____
Edward M. Chen
U.S. District Judge

Dated: 7/15/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*

JOINT STATUS REPORT         - 3 -         Case No. CV 11 1625 EMC

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2011.

Dated: July 14, 2011         Respectfully submitted,

                                      /s/ Ryan K. Bakhtiari_____
                                      Ryan K. Bakhtiari