UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY YOSHIOKA, | No. C-11-1625 EMC |
| Plaintiff, | |
| v. | **ORDER RE APPEARANCES AT DECEMBER 13, 2011 HEARING** |
| CHARLES SCHWAB CORPORATION, *et al.*, | (Dockets 113 and 115) |
| Defendants. | |
| _____/ | |

The Court has received Objector Schonbrun's request to appear in person at the December 13, 2011 hearing on Plaintiff's motion for final approval of a class action settlement in this matter. Docket No. 113. While Mr. Schonbrun's request could be construed as untimely, he explains that he had been unable to attend the hearing originally scheduled for December 9, but was able to change his plans once he received notice of the date change for the hearing. The Court will therefore permit Mr. Schonbrun to appear in person and present his objections to the Court.

The Court has also received Movant Gregory Garmong's request to appear by telephone at the hearing. Docket No. 115. Mr. Garmong's request is granted; Court staff will make arrangements for Mr. Garmong to appear by telephone.

IT IS SO ORDERED.

Dated: December 8, 2011

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOY YOSHIOKA,

   Plaintiff,

 v.

CHARLES SCHWAB CORP. et al,

   Defendant.

Case Number: CV11-01625 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Garmong
11 Dee Court
Smith,  NV 89430

Lawrence W. Schonbrum
856 Eucalyptus Road
Berkeley, CA 94705

Dated: December 8, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2