UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOY YOSHIOKA,

        Plaintiff,

  v.

CHARLES SCHWAB CORP. et al,

        Defendant.

Case Number: CV11-01625 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Garmong
11 Dee Court
Smith, NV 89430

Dated: December 22, 2011

                                      Richard W. Wieking, Clerk
                                      By: Leni Doyle, Deputy Clerk