KENNETH G. HAUSMAN (57252)
Kenneth.Hausman@aporter.com
DEBORAH S. SCHLOSBERG (254621)
Deborah.Schlosberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100
Facsimile:     415.471.3400

Attorneys for Defendants
THE CHARLES SCHWAB CORPORATION, SCHWAB
HOLDINGS, INC. AND CHARLES SCHWAB & CO.,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY YOSHIOKA, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   vs.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB HOLDINGS, INC. and CHARLES SCHWAB & CO., INC.,<br><br>         Defendants. | Case No.: CV 11 1625 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1       WHEREAS, at the Status Conference held in this action on June 19, 2012, the Court lifted

2   the stay in the action only to allow Defendants The Charles Schwab Corporation, Schwab Holdings,

3   Inc., and Charles Schwab & Co., Inc. ("Defendants") to file a motion to dismiss pursuant to the

4   Federal Rules of Civil Procedure, Rule 12(b) ("Motion") with a hearing date set for Friday,

5   September 21, 2012 and a further case management conference set for the same date;

6       WHEREAS, Defendants and Plaintiff Joy Yoshioka ("the Parties") have met and conferred

7   and reached an agreed-upon briefing schedule; and

8       WHEREAS, the agreed-upon briefing schedule does not alter the date of the hearing on the

9   Motion set by the Court or the time by which briefing on the Motion will be complete;

10       THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their

11   respective counsel, subject to approval of the Court, as follows:

12       1.    Defendants shall file their Motion on or before August 3, 2012, and set it for hearing

13   on September 21, 2012;

14       2.    Plaintiff Joy Yoshioka shall file any opposition to the Motion on or before August

15   24, 2012;

16       3.    Defendants shall file a reply in support of the Motion on or before September 7,

17   2012; and

18       4.    The undersigned Parties jointly and respectfully request that the Court enter this

19   Stipulation as an Order.

20   Dated: July 6, 2012                                        ARNOLD & PORTER LLP

21

22

23       By: _____*/s/ Kenneth G. Hausman*_____
             KENNETH G. HAUSMAN

24       Attorneys for Defendants
    THE CHARLES SCHWAB CORPORATION,

25       SCHWAB HOLDINGS, INC. AND CHARLES
    SCHWAB & CO., INC.

26

27

28

Dated: July 6, 2012

Thomas K. Caldwell
tkcaldwell@mhclaw.com (*Pro Hac Vice*)
T. John Kirk
kirktjohn@mhclaw.com (*Pro Hac Vice*)
MADDOX HARGETT & CARUSO, P.C.
10100 Lantern Road, Suite 150
Fishers, Indiana 46037
Telephone:  317.598.2040
Facsimile:   317.539.2050

By: _____/s/T. John Kirk_____
    T. JOHN KIRK
Attorneys for Plaintiff
JOY YOSHIOKA

RYAN BAKHTIARI
rkb@aublaw.com
AIDIKOFF, UHL & BAKHTIARI
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212
Telephone:  310.274.0666
Facsimile:   310.859.0513

Barbara Quinn Smith (Ohio Bar 0055328)
bqsmith@mhclaw.com (*Pro Hac Vice*)
MADDOX HARGETT & CARUSO, P.C.
9853 Johnnycake Ridge Road, Suite 302
Mentor, Ohio 44060
Telephone:  440.354.4010
Facsimile:   440.848.8175

Tim Berry
tim@iraideas.com (*Pro Hac Vice*)
TIM BERRY P.C.
11812 E. Toledo
Gilbert, Arizona 85295
Telephone:  602.652.2875

ATTESTATION

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from T. John Kirk.

Dated: July 6, 2012.

By: _____/s/Kenneth G. Hausman_____
    KENNETH G. HAUSMAN

1
                                                       **ORDER**

2
        Pursuant to the Stipulation between the Parties, and good cause appearing therefor, IT IS

3
HEREBY ORDERED, that

4
        1.     Defendants shall file their Motion on or before August 3, 2012, and set it for hearing

5
on September 2~~1~~, 2012;      [28]

6
        2.     Plaintiff Joy Yoshioka shall file any opposition to the Motion on or before August

7
24, 2012;

8
        3.     Defendants shall file any reply in support of the Motion on or before September 7,

9
2012;

10
        4.     The hearing on the Motion remains set for September 2~~1~~, 2012, or as soon thereafter    [28]   at 1:30 p.m.

11
as the Court's schedule may allow.   The Further CMC is reset for September 28, 2012 at 1:30 p.m.

12
Dated: _____July 9_____, 2012.

13

14
_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA