KENNETH G. HAUSMAN (57252)
Kenneth.Hausman@aporter.com
DEBORAH S. SCHLOSBERG (254621)
Deborah.Schlosberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendants
THE CHARLES SCHWAB CORPORATION, SCHWAB HOLDINGS, INC. AND CHARLES SCHWAB & CO., INC.

T. JOHN KIRK (Indiana Bar 27202-29)
(*Pro Hac Vice*)
kirktjohn@mhclaw.com
MADDOX HARGETT & CARUSO, P.C.
10100 Lantern Road, Suite 150
Fishers, IN 46037
Telephone: 317-598-2040
Facsimile: 317-598-2050

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY YOSHIOKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB HOLDINGS, INC. and CHARLES SCHWAB & CO., INC.,<br><br>Defendants. | Case No.: CV 11 1625 EMC<br><br>**STIPULATION REGARDING CHANGES TO THE SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE DATE AND [PR~~OPOS~~ED] ORDER**<br><br>Date:  October 26, 2012<br>Time:  1:30 p.m.<br>Courtroom: 5<br><br>Hon. Edward M. Chen |

Through this Stipulated Request and [Proposed] Order, Plaintiff Joy Yoshioka ("Plaintiff") and Defendants The Charles Schwab Corporation, Schwab Holdings, Inc. and Charles Schwab & Co., Inc. ("Schwab") stipulate and agree to change the hearing date and briefing schedule on Defendants' Motion to Dismiss, and jointly request that the Court approve this change pursuant to L.R. 6-2.

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on September 7, 2012 ("Motion to Dismiss");

WHEREAS, the briefing schedule and hearing date for Defendants' Motion to Dismiss presently is as follows:

| | |
|---|---|
| Deadline for filing of Plaintiff's Response to the Motion to Dismiss | September 21, 2012 |
| Deadline for filing of Defendants' Reply in Support of the Motion to Dismiss | September 28, 2012 |
| Hearing on Defendants' Motion to Dismiss | October 26, 2012 |

WHEREAS, Plaintiff's Counsel are unavailable for the noticed hearing date scheduled for October 26, 2012 and the following Friday;

WHEREAS, Plaintiff's Counsel are available on November 9, 2012 for a hearing on Defendant's Motion to Dismiss;

WHERAS, Plaintiff requests one additional week to respond to Defendants' Motion to Dismiss;

WHEREAS, Defendants request one additional week to file their Reply in Support of the Motion to Dismiss;

WHEREAS, for the convenience of the Parties, the Parties also request the Case Management Conference, which is currently scheduled for October 1, 2012, be held at the same time as the hearing on Defendant's Motion to Dismiss;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to, and request the Court's approval of, a change in the Motion to Dismiss hearing date:

| Deadline for filing of responses to motion | September 28, 2012 |
|---|---|
| Deadline for filing of replies to motion | October 12, 2012 |
| Hearing on Defendants' Motion to Dismiss and Case Management Conference | November 9, 2012 |

Dated: September 12, 2012     ARNOLD & PORTER LLP


/s/ Kenneth G. Hausman
Kenneth G. Hausman
Attorneys for Defendants The Charles Schwab Corporation, Schwab Holdings, Inc. and Charles Schwab & Co., Inc.


Dated: September 12, 2012     MADDOX HARGETT & CARUSO, P.C.


/s/ T. John Kirk
T. John Kirk
Attorneys for Plaintiff
JOY YOSHIOKA

Thomas K. Caldwell
tkcaldwell@mhclaw.com (*Pro Hac Vice*)
MADDOX HARGETT & CARUSO, P.C.
10100 Lantern Road, Suite 150
Fishers, IN 46037
Telephone: 317.598.2040
Facsimile: 317.598.2050

Barbara Quinn Smith (Ohio Bar 0055328)
bqsmith@mhclaw.com (*Pro Hac Vice*)
MADDOX HARGETT & CARUSO, P.C.
9930 Johnnycake Ridge Road, Suite 3F
Mentor, OH 44060
Telephone: 440.354.4010
Facsimile: 440.848.8175

RYAN BAKHTIARI
rbakhtiari@aol.com
AIDIKOFF, UHL & BAKHTIARI
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212
Telephone: 310.274.0666
Facsimile: 310.859.0513

Tim Berry
tim@iraideas.com (*Pro Hac Vice*)
TIM BERRY P.C.
11812 E. Toledo
Gilbert, AZ 85295
Telephone: 602.652.2875

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED, that

1. Plaintiff shall file her response in opposition to Defendants' Motion to Dismiss on or before September 28, 2012;

2. Defendants shall file their Reply in Support of the Motion to Dismiss Plaintiff's First Amended Complaint on or before October 12, 2012;

3. The hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Case Management Conference shall be set for November 9, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 9/13/12

_____
JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen*